**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
GREEN TECHNOLOGY LIGHTING CORP.,
a Georgia Corporation,

                Plaintiff,                18 **CIVIL** 1799 (PAC)

       -against-                    **JUDGMENT**

LIBERTY SURPLUS INSURANCE
CORPORATION and LIBERTY INSURANCE
UNDERWRITERS, INC.
                Defendants.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 28, 2020, the Plaintiff's motion for partial summary judgment is denied; the Defendant's motion for summary judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York
           April 29, 2020

                                             **RUBY J. KRAJICK**
                                             _____
                                                Clerk of Court
                           BY:
                                               _____
                                                  Deputy Clerk